UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DENNIS FRANCIS (#466782)

VERSUS

CORNEL H. HUBERT, WARDEN, ET AL.

CIVIL ACTION

NO. 07-340-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 21, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment, rec.doc.no. 10, shall be granted, dismissing the plaintiff's claims asserted against the defendants, with prejudice, and that this action shall be dismissed.

Baton Rouge, Louisiana, June 11, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA